

# United States District Court
# Eastern District of California

| | |
|---|---|
| HARWINDER SINGH KHINDAA#216-176-957 | Case Number: 1:26-cv-04466-DC-CSK |
| Plaintiff(s) | |
| V. | |
| ACTING FIELD OFFICE DIRECTOR, ET AL | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **KEREN OHANA** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

    HARWINDER SINGH KHINDA

On ___06/10/2026___ (date), I was admitted to practice and presently in good standing in the APPELLATE DIV. OF THE SUPREME COURT OF NY (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✔] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Avtar Singh v. Acting Field office director, et al; Case no 1:26-CV-00650-JDP; filed on 01/26/26

Momi v. Acting Field office director, et al; Case no 1:26-CV-007000-TLN-AC; filed on 01/27/26

Gurpreet Singh Jossan v. Acting Field Office Director, et al; filed on 05/20/2026
SINGH V. Acting Field Office Director, et al; filed on 05/26/2026 currently pending for PHV admission

Date: ___06/10/2026___     Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: KEREN OHANA

Law Firm Name: LAW OFFICE OF KEREN OHANA

Address: 26 COURT ST, STE 1917

City: BROOKLYN    State: NY    Zip: 11242

Phone Number w/Area Code: (917)482-280

City and State of Residence: BROOKLYN, NEW YORK

Primary E-mail Address: kerenohanaesq@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: NICOLETTE GLAZER

Law Firm Name: LAW OFFICE OF LARRY L. GLAZER

Address: 2121 AVENUE OF THE STARS, 8TH FLR

City: CENTURY CITY    State: CA    Zip: 90067

Phone Number w/Area Code: (310) 735-3478    Bar # 209713

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/18/2026

JUDGE, U.S. DISTRICT COURT



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

I, *Robert D. Mayberger*, *Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Keren Sol Elise Ohana

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **May 27, 2010**, *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on April 29, 2026.*

*Clerk of the Court*

*CertID-00288041*



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022